September 15th, 2025

To Whom it may concern,

Dearest Sirs or Madams, to the Honorable Judge of the Court, I am in fact an eligible member of the British House of Lords. My British title is Earl Kilby, second Son of Paul; Earl being defined as a low ranking British noble scum. My British visa passport no. is 565517770; but I digress, I hereby invoke the North Atlantic Treaty of 1947, The Treaty of Ghent 1814, The British Magna Carta, The US Constitution of 1787, Kilby v. Credit Acceptance et al and the United Nations Charter of 1947, with all rights retained and reserved procedurally.

My 1st amendment rights have been violated; invoking Supreme Court case law, busking is protected under the 1st amendment. The police have unlawfully put a stop to my busking due to a "Karen". Invoking the 1st amendment, and to use Australian English for a moment, a "Karen" is defined as an American cunt. Not an American "mate", but an American cunt. But once again, I digress, back to writing in American English.

I am, in fact, a musician; what has transpired directly effects my income. Thus, I demand $1000 from the city of Lakeland, Florida. Furthermore, I demand that they research and model what Finland has done to benevolently resolve their homeless crises. I would argue, that how the police treat the homeless is dystopian, cruel, and unusual. Which is actually the 8th amendment to the US Constitution of 1787. Thank you for you're attention to the matter, and may G-d be with you. Long live the King, King William!

Sincerely,

Earl Kilby, Second Son of Paul

Authorized Rep

All Rights Retained

All Rights Reserved