# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**KILBY RYAN-TYLER,**

    **Plaintiff,**

**v.**                                                  Case No: 8:25-cv-2617-MSS-AAS

**POLK COUNTY FLORIDA,**

    **Defendant.**

## ORDER

This matter is before the Court *sua sponte* on review of a letter submitted by Plaintiff as a purported complaint. (Dkt. 1) Plaintiff's complaint does not properly name a defendant,[1] does not allege the basis of this Court's jurisdiction, and does not properly allege any causes of action. It also fails to comply with the pleading requirements of the Federal Rules of Civil Procedure. Accordingly, Plaintiff's Complaint, (Dkt. 1), is **DISMISSED**. The Clerk is directed to **CLOSE THIS CASE**.

**DONE** and **ORDERED** in Tampa, Florida this 29th day of September 2025.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party

---

[1] Plaintiff listed "Polk County, Florida" as the residence of the Defendant on his civil cover sheet, but did not otherwise name a defendant on either his "complaint" or his civil cover sheet. (Dkts. 1, 1-1).